**Juan Sylvester BARNES, Plaintiff–Appellant,**

**v.**

**WASHINGTON COUNTY SHERIFF'S OFFICE; Tammy Jurado, Detective, Hagerstown Department of Police, Defendants–Appellees,**

**and**

**Medical Department Washington County Jail; John Vanhoy, Sergeant, Maryland State Police/Criminal Investigation Division, Defendants.**

**No. 13–6492.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 18, 2013.

Decided: July 23, 2013.

Juan Sylvester Barnes, Appellant pro se. Kirk Chalis Downey, Office of the County Attorney, Hagerstown, Maryland; Rodger Owen Robertson, Law Office of Joseph M. Jagielski, Baltimore, Maryland; John Francis Breads, Jr., Hanover, Maryland, for Appellees.

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Juan Sylvester Barnes seeks to appeal the district court order dismissing some defendants to his 42 U.S.C. § 1983 (2006) action after concluding that Barnes failed to state a claim against these defendants. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Barnes seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*